UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PLYMOUTH HOUSING GROUP,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH WAYNE LEAMING,<br><br>　　　　　　　Defendant. | Case No. C23-850 JLR<br><br>ORDER TO SHOW CAUSE |

Defendant filed this case on June 1, 2023, seeking to remove an action from King County Superior Court. (Dkt. ## 1-1, 1-2, 1-3.) Defendant's application to proceed *in forma pauperis* ("IFP") (dkt. # 1) has been referred to the undersigned. On June 7, 2023, the Clerk of Court notified Defendant that his submission was deficient because no civil cover sheet was included. (Dkt. # 3 (citing Local Civil Rule 3(a)).) Defendant was instructed to provide a civil cover sheet "as soon as possible" and was warned that "[f]ailure to do so may affect the status of your case, including dismissal of the action by the Court." (*Id.*) To date, Defendant has not complied.[1]

---

[1] In the interim, however, Defendant initiated another suit in this Court on June 12, 2023, attaching the required civil cover sheet. *See Leaming v. Srinivasan, et al.*, C23-888-JCC (W.D. Wash.), Dkt. # 1-2.

ORDER TO SHOW CAUSE - 1

Accordingly, Defendant is ORDERED to file a civil cover sheet by **June 30, 2023**. If Defendant fails to do so, this case may be dismissed for failure to pay the filing fee as required by 28 U.S.C. § 1914.

The Clerk is directed to send copies of this Order to the parties and to the Honorable James L. Robart.

Dated this 26th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2