UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PLYMOUTH HOUSING GROUP,

    Plaintiff,

v.

KENNETH WAYNE LEAMING,

    Defendant.

Case No. C23-850 JLR

ORDER

Defendant has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Defendant does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Defendant's application to proceed IFP (dkt. # 1) is GRANTED. Defendant shall note that leave to proceed as a pauper does not necessarily entitle Defendant to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this order to the parties and to the Honorable James L. Robart, and to strike the order to show cause (dkt. # 5).

Dated this 30th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1